

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

April 15, 2021

Honorable Gerald J. Pappert
United States District Court
601 Market Street
Philadelphia, PA 19106

Re:   Omar Rodriguez v. Kevin Ransom, et al., Docket No. 19-4563

Dear Judge Pappert:

Respondents filed their answer to the petition for a writ of habeas corpus in the above-captioned matter on March 28, 2020.  Unfortunately, due to the pandemic, as well as internal miscommunication, respondents did not serve the response on the pro se petitioner until March 26, 2021.   To compound matters, due to respondents' error, petitioner did not have the opportunity to reply to the response prior to the issuance of the report and recommendation in this matter.  As this Court has not yet ruled on the matter, respondents would not object if this Court were to grant petitioner permission to file a reply to the response, *nunc pro tunc*.  Respondents apologize to the petitioner for the extreme delay in service and to this Court for the inconvenience this has caused.  The Federal Litigation Unit's newly appointed supervisor has taken immediate action to ensure service is up to

date.    Please  do  not  hesitate  to  reach  out  to  me  with  any  questions, suggestions, or concerns.

Very truly yours,

/s

Matthew Stiegler
Supervisor,
Federal Litigation Unit

/s
Benjamin Halle
Assistant District Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OMAR RODRIGUEZ,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN RANSOM, et al.,** | : | |
| *Respondents.* | : | **No. 19-4563** |

## CERTIFICATE OF SERVICE

I, BENJAMIN J. HALLE, hereby certify that on April 15, 2021 a copy of the foregoing document was deposited in the mailroom of the Philadelphia District Attorney's Office to be sent via first-class mail to petitioner at the following address:

> Smart Communications / PADOC
> Omar Rodriguez / JS-7752
> SCI-Dallas
> P.O. Box 33028
> St. Petersburg, FL 33733

> */s/ Benjamin J. Halle*
> BENJAMIN J. HALLE
> Assistant District Attorney